No. 91–5377. JOHNSON *v.* PUCKETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 91–5378. COOK *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 91–5379. DANIEL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–5380. DITTA *v.* BRANCH MOTOR EXPRESS ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–5381. JACKSON *v.* DOMOVICH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH. C. A. 3d Cir. Certiorari denied.

No. 91–5382. HILL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–5383. WARD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5384. SAWYER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–5385. CONCHA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–5386. FONT *v.* ALBANDOZ. Super. Ct. P. R. Certiorari denied.

No. 91–5387. CAPPS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–5388. CARAWAY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5391. PRINCE *v.* VIRGINIA DEPARTMENT OF MEDICAL ASSISTANCE SERVICES. C. A. 4th Cir. Certiorari denied.

No. 91–5392. PURVIN *v.* BERGENS ET AL. C. A. 3d Cir. Certiorari denied.